· Mike Delich, defendant in error, v. Fred Wolf and Elmer Wolf, plaintiffs in error. Gen. No. 37,544.

Opinion filed December 31, 1934.

Charles F. McElroy, for plaintiffs in error; Edward Contorer, of counsel. E. J. Hauflaire, for defendant in error; Maxfield Weisbrod, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

. Ethel Eskridge, appellee, v. City of Chicago, appellant. Gen. No. 37,670.

Opinion filed December 31, 1934. Rehearing denied February 13, 1935.

'William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Robert E. Dowling, Assistant City Attorney, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Samuel Hecker, appellee, v. Car and General Insurance Corporation, Ltd., appellant. Gen. No. 37,760.

Opinion filed December 31, 1934. Rehearing denied January 22, 1935.

H. Kay George and Martin Rothman, for appellant. Cohon & Goldstein, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

William L. O'Connell, receiver of West Side Trust and Savings Bank of Chicago, appellee, v. A. Miller et al., appellants. Gen. No. 37,788.

Opinion filed December 31, 1934. Rehearing denied January 22, 1935.

Loyal L. Smith and Alex C. Lawrence, for appellants. Carl M. Loos, for appellee.

Mr. Justice Matchett delivered the opinion of the court.